UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBYN D. WILLIAMS,

    *Plaintiff*,

v.

RED COATS, INC., et al.,

    *Defendants*.

Civil Action No. 1:20-cv-00571 (CJN)

## ORDER

This matter is before the Court on Defendants' Motion for Summary Judgment, ECF No. 11, and Plaintiff's Motion for Partial Summary Judgment on Counts I and II, ECF No. 12.

For the reasons discussing in the accompanying Memorandum Opinion, it is,

**ORDERED** that Plaintiff's Motion for Partial Summary Judgment on Counts I and II is **GRANTED** with respect to liability and **DENIED** with respect to damages for both Counts I and II. It is further

**ORDERED** that Defendants' Motion for Summary Judgment is **DENIED**.

DATE: September 30, 2021

_____
CARL J. NICHOLS
United States District Judge