# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBYN D. WILLIAMS,**<br><br>　　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>**RED COATS, INC., et al.**<br><br>　　　　　　　　　　*Defendants.* | Civil Action No. 1:20-cv-00571-CJN |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pr. 41(a)(1)(A)(ii), the parties stipulate that the Plaintiff Robyn D. Williams hereby **dismiss with prejudice** her case against Defendants Red Coats, Inc. and Deine Avila. Each party referenced herein will bear its own costs, including legal fees. This concludes the litigation.

　　　　　　　　　　　　　　　　　　　　So Stipulated:

Dated: January 18, 2022

　　　　　　　　　　　　　　　　　　　　/s/ Timothy P. Bosson
　　　　　　　　　　　　　　　　　　　　Timothy P. Bosson, Esq, #1029002
　　　　　　　　　　　　　　　　　　　　Bosson Legal Group, PC
　　　　　　　　　　　　　　　　　　　　8300 Arlington Blvd., Suite B2
　　　　　　　　　　　　　　　　　　　　Fairfax, VA 22031
　　　　　　　　　　　　　　　　　　　　tbosson@bossonlaw.com
　　　　　　　　　　　　　　　　　　　　Ph: (571) 775-2529
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　/s/ Tiffany M. Releford
　　　　　　　　　　　　　　　　　　　　Tiffany M. Releford, Esq. #494732
　　　　　　　　　　　　　　　　　　　　Jeffrey Seaman, Esq. #466509
　　　　　　　　　　　　　　　　　　　　WHITEFORD, TAYLOR & PRESTON LLP
　　　　　　　　　　　　　　　　　　　　111 Rockville Pike, Suite 800
　　　　　　　　　　　　　　　　　　　　Rockville, MD 20850
　　　　　　　　　　　　　　　　　　　　(301) 804-3619
　　　　　　　　　　　　　　　　　　　　treleford@wtplaw.com
　　　　　　　　　　　　　　　　　　　　jseaman@wtplaw.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Red Coats, Inc. and Deine Avila*